AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of New York

| | | |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-MJ-00291 (RLM) |
| <u>Tehuti Ayeboafo</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tehuti Ayeboafo    (as CJA mentee under lead counsel Sally Butler)

Date:      05/21/2019

*Attorney's signature*

CHRISTOPHER WRIGHT CW8079
*Printed name and bar number*

Law Office of Christopher Wright
305 Broadway
Suite 1001
New York, NY 10007
*Address*

chris@wrightmarinelli.com
*E-mail address*

(212) 822-1419
*Telephone number*

(917) 591-5008
*FAX number*